ACCEPTED
03-13-00025-CV
6694967
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:06:57 AM
JEFFREY D. KYLE
CLERK

# NO. 03-13-00025-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/28/2015 10:06:57 AM
JEFFREY D. KYLE
Clerk

JERRY SCARBROUGH, DENISE STEELE AND MELISSA VICTORIA DEATON,
Appellants,

v.

HELEN PURSER, SUE E. PURSER A/K/A SUE E. VAN ZANTEN, GARY W. PURSER, JR.,
JOANN M. PURSER, AND ELIZABETH H. TIPTON,
Appellees.

On Appeal from the 146th District Court
Bell County, Texas
Trial Court Cause No. 236,117-B

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT OF APPEALS:

Now appearing as appellate co-counsel in this matter on behalf of Helen Purser,

Sue E. Purser a/k/a Sue E. Van Zanten, Gary W. Purser, Jr., Joann M. Purser, and

Elizabeth H. Tipton:

Elizabeth H. Tipton
State Bar No. 16405700
4431 Cheena
Houston, Texas 77096
Telephone: (713) 870-9901
Email: ehtipton@gmail.com

Appellees requests that the Court note this appearance in the records it maintains with respect to this case. Mr. Daryl L. Moore will continue as lead counsel in this case.

Respectfully submitted,

**DARYL L. MOORE, P.C.**

BY: /s/ Daryl L. Moore
Daryl L. Moore (Lead Counsel)
State Bar No.14324720
1005 Heights Boulevard
Houston, Texas 77008
Telephone: 713.529.0048
Facsimile: 713.529.2498
Email: daryl@heightslaw.com

**BAIRD CREWS, SCHILLER & WHITAKER, P.C.**

BY: /s/ Jack R. Crews
Jack R. Crews (Co-Counsel)
State Bar No.05072300
Kevin K. Bonner
State Bar No. 24069398
15 North Main Street
Temple, Texas 76501-7629
Telephone: 254.774.8333
Facsimile: 254.774.9353

BY: /s/ Elizabeth H. Tipton
Elizabeth H. Tipton (Co-Counsel)
State Bar No. 16405700
4431 Cheena
Houston, Texas 77096
Telephone: 713.870.9901
Email: ehtipton@gmail.com

**Counsel for Appellees**

## CERTIFICATE OF SERVICE

A true and correct copy of this *Notice of Appearance* has been forwarded to all counsel of record on August 28, 2015, as follows:

Michele Barber Chimene
THE CHIMENE LAW FIRM
2827 Linkwood Dr.
Houston, Texas 77025-3809
michelec@airmail.net

**Counsel for Appellants**

/s/ Daryl L. Moore
Daryl L. Moore